■ Tiia Rudder et al., Respondents, v Marcia A. Skeete et al., Appellants. [737 NYS2d 872] — In an action to recover damages for personal injuries, etc., the defendants appeal from an order of the Supreme Court, Queens County (Milano, J.), dated September 11, 2000, which denied their motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

"It is well settled that in order for a landlord to be held liable for injuries resulting from a defective condition upon the premises, the plaintiff must establish that the landlord had actual or constructive notice of the condition for such a period of time that, in the exercise of reasonable care, it should have been corrected" (*Juarez v Wavecrest Mgt. Team,* 88 NY2d 628, 646). The defendants received notice of the hazardous lead paint condition almost one year before the infant plaintiff returned to the premises and experienced a second hospitalization for elevated blood lead levels. Therefore, there are issues of fact regarding whether the defendants took reasonable steps to abate the condition (*see, Perez v Ward,* 271 AD2d 590), and whether the dramatic increase in the infant plaintiff's blood lead levels was caused by exposure to lead following her return to the subject premises. Prudenti, P.J., Santucci, Luciano and Schmidt, JJ., concur.

■ Sang-Ho Lee, Respondent, v Michael Huang, Appellant, et al., Defendants. [738 NYS2d 371] —In an action to recover damages for personal injuries, the defendant Michael Huang appeals from a judgment of the Supreme Court, Queens County (Gavrin, J.), entered November 21, 2000, which, upon a jury verdict finding him 40% at fault and the defendants Family Golf Centers, Inc., and Golden Bear Golf Centers at Alley Pond 60% at fault in the happening of the accident, is in favor of the plaintiff and against him in the principal sum of $200,000, representing 40% of $500,000.

Ordered that the judgment is affirmed, with costs.

On December 14, 1997, at the premises of the defendants Family Golf Centers, Inc., and Golden Bear Golf Centers at Alley Pond (hereinafter collectively referred to as the Golf Centers) in Douglaston, Queens, the plaintiff was struck between the eyes by a golf club swung by the defendant Michael Huang (hereinafter the defendant), and fell on his back to the ground. The plaintiff sustained injuries to his back, neck, waist, face, and right knee. After a trial on the issue of liability, the jury found the defendant 40% at fault and Golf Centers 60% at fault in the happening of the accident. After the damages por-